McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civ. S-05-372 MCE/PAN |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| v. | ~~**[PROPOSED]**~~ |
| APPROXIMATELY $7,737.00 IN U.S. CURRENCY, | |
| Defendant. | DATE:        N/A<br>TIME:        N/A<br>COURTROOM:   N/A |

This matter came on for hearing on before the Honorable Peter A. Nowinski on plaintiff United States' <u>ex parte</u> Motion for Default Judgment and for Final Judgment of Forfeiture. Assistant U.S. Attorney Kristin S. Door appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in defendant property to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

   1.   This action arose out of a verified Complaint for Forfeiture <u>in Rem</u> filed February 24, 2004.

   2.   Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default

1

judgment of forfeiture against the following potential claimants:

    a.   Michael Ayala

    b.   Cassandra Muniz

    c.   Angel Gomez.

3.  Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants were personally served with process; that attorneys representing the potential claimants in the related criminal case were served by certified mail; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

4.  Potential claimants Ayala, Muniz, and Gomez failed to file a claim to the defendant currency and failed to file an answer to the complaint pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5.  On May 11, 2005, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, a Clerk's Entry of Default was filed against Michael Ayala, Cassandra Muniz, and Angel Gomez.

Therefore, IT IS RECOMMENDED as follows:

6.  That Michael Ayala, Cassandra Muniz, and Angel Gomez be held in default;

7.  That plaintiff's motion for default judgment of forfeiture be granted;

8.  That a judgment by default be entered against any right, title or interest of Michael Ayala, Cassandra Muniz, and Angel Gomez in the defendant currency;

9.  That a final judgment be entered, forfeiting all right, title and interest in the defendant currency to the United States

2

1 of America, to be disposed of according to law, including all
2 right, title and interest of Michael Ayala, Cassandra Muniz, and
3 Angel Gomez;
4     10.  That the Final Judgment of Forfeiture lodged herein be
5 signed by the Honorable Morrison C. England, Jr. and filed by the
6 Clerk of the Court.
7     Dated:  June 6, 2005.

                /s/ Peter A. Nowinski
                PETER A. NOWINSKI
                Magistrate Judge