McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civ. S-05-0372 MCE PAN |
| Plaintiff, | ) **DEFAULT JUDGMENT AND** |
| | ) **FINAL JUDGMENT OF** |
| v. | ) **FORFEITURE** |
| APPROXIMATELY $7,737.00 IN U.S. CURRENCY, | ) |
| | ) DATE:      N/A |
| Defendant. | ) TIME:      N/A |
| | ) COURTROOM: N/A |

This matter came on for hearing before the Honorable Magistrate Judge Peter A. Nowinski on plaintiff United States' <u>ex parte</u> Motion for Default Judgment and for Final Judgment of Forfeiture. Assistant U.S. Attorney Kristin S. Door appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in defendant property to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's Motion for Default Judgment and for Final Judgment of Forfeiture be granted. Based on the Magistrate Judge's Findings and Recommendations and the
///

1

files and records of the Court, it is ORDERED, ADJUDGED AND DECREED:

    1.    The Magistrate Judge's Findings and Recommendations are adopted herein.

    2.    Michael Ayala, Cassandra Muniz, and Angel Gomez are held in default;

    3.    A judgment by default is hereby entered against any right, title or interest of Michael Ayala, Cassandra Muniz, and Angel Gomez in the defendant currency;

    4.    A final judgment is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title and interest of Michael Ayala, Cassandra Muniz, and Angel Gomez.

    IT IS SO ORDERED.

DATE: July 11, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE